# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONIKA GUSLITSER, Individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>HORNELL BREWING CO., INC.,<br><br>    Defendant. | Case No. CV 21- 6309 DSF<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITHOUT PREJUDICE** |

1  Based on Plaintiff's Notice of Dismissal, and good cause shown, the Court
2  hereby dismisses this action without prejudice as to the named Plaintiff and without
3  prejudice as to the Putative Class.
4  IT IS SO ORDERED.
5  DATED: August 31, 2021

*[signature: Dale S. Fischer]*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE